UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/15/2020

SUKHDEV SINGH,

                              Petitioner,

-against-

CHAD WOLF, ACTING SECRETARY, DEPARTMENT OF HOMELAND SECURITY; MATTHEW ALBENCE, ACTING DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT; THOMAS DECKER, DIRECTOR, NEW YORK FIELD OFFICE FOR IMMIGRATION & CUSTOMS ENFORCEMENT,

                              Respondents.

1:20-cv-4456 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court has carefully reviewed the *ex parte* motion for a temporary restraining order and petition for habeas corpus filed by Petitioner on Friday, June 12, 2020 [ECF #5, 6, 7–16]. The Court finds that Petition provides no justification for moving *ex parte*. Accordingly, IT IS HEREBY ORDERED that, by 5:00 PM on Wednesday, June 17, 2020, Petitioner shall serve the petition for habeas corpus, the motion for a temporary restraining order, and a copy of this Order on Respondents.

       IT IS FURTHER ORDERED that, by the same deadline, Petitioner shall file and serve a brief statement, not to exceed two pages, explaining where Petitioner is currently being detained, with as much specificity as possible, and why jurisdiction lies in this district. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (explaining that jurisdiction over a petition for habeas corpus lies in "the district of confinement"); *Cesar v. Shanahan*, No. 17-cv-7974, 2018 WL 1747989, at *1 (S.D.N.Y. Feb. 5, 2018); *Alberto v. Decker*, No. 17-cv-2604, 2017 WL 6210785, at *1-*2 (S.D.N.Y. Nov. 21, 2017); *Phrance v. Johnson*, No. 14-cv-3569, 2014 WL 6807590, at *1-*2

(S.D.N.Y. Dec. 3, 2014); *Medina-Valdez v. Holder*, No. 12-cv-6002, 2012 WL 4714758, at *1–2 (S.D.N.Y. Oct. 1, 2012); *Guo v. Napolitano*, No. 09-cv-3023, 2009 WL 2840400, at *3 (S.D.N.Y. Sept. 2, 2009).

**SO ORDERED.**

**Date:  June 15, 2020**  
      **New York, NY**

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**